1 Brenda H. Entzminger
Nevada Bar No. 9800
2 Jennifer N. Taylor
Nevada Bar No. 6141
3 **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
4 Las Vegas, Nevada 89101
5 (702) 938-1510

6 *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
7

8                 UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10 CECELIA HERNANDEZ,         Case No.: 2:15-cv-01248-RFB-NJK

11           Plaintiff,                **STIPULATION AND ORDER FOR**
12 v.                                  **DISMISSAL WITH PREJUDICE**

13 WAL-MART STORES, INC.; DOES 1 through
10; ROE ENTITIES 11 through 20, inclusive
14 jointly and severally,

15           Defendants.

16
        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
17
counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that
18
19 //
20 //
21 //
22 //
23
24 //
25 //
26 //
27 //
28 //

                                                    - 1 -


1 | party's own costs and attorney's fees.

2 | DATED this 30 day of December, 2015.          DATED this 4th day of January, 2016.

3 | **RICHARD HARRIS LAW FIRM**                   **PHILLIPS, SPALLAS & ANGSTADT**

4

5 | _____                       _____
Bryan A. Boyack, Esq.                           Jennifer N. Taylor    Ryan Kerbow, Esq.
6 | 801 S. Fourth Street                          504 South Ninth Street   State Bar No. 11403
Las Vegas, Nevada 89101                         Las Vegas, Nevada 89101
7 | *Attorneys for Plaintiff*                     *Attorneys for Defendant
Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 11th day of January, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com